BLAQUE, E.

v.

CHESTNUT HILL HOSPITAL

2382 EDA 2016

Superior Court of Pennsylvania.

03/31/2017

August Term, 2013 No. 1763
(Philadelphia)

Affirmed

L.J.L.

v.

E.N.C.

2960 EDA 2016

Superior Court of Pennsylvania.

03/31/2017

2015–09911
(Chester)

Affirmed

MCGINLEY, M.

v.

PHILPOTT, P.

1251 MDA 2016

Superior Court of Pennsylvania.

03/31/2017

10736 of 2013 (Luzerne)

Affirmed

IN RE: V.R.B.

Appeal of: T.B.

1856 MDA 2016

Superior Court of Pennsylvania.

03/31/2017

1525 of 2016
(Lancaster)

Affirmed

COM.

v.

FOSTER, K.

1811 WDA 2015

Superior Court of Pennsylvania.

03/31/2017

CP–02–CR–0005406–2011 (Allegheny)

Affirmed